No. ——. SNYDER *v.* WARE ET AL. D. C. W. D. La. Application for injunction denied. *J. Minos Simon* for applicant. *Jack P. F. Gremillion,* Attorney General of Louisiana, in opposition.

No. 696. LAW STUDENTS CIVIL RIGHTS RESEARCH COUNCIL, INC., ET AL. *v.* WADMOND ET AL. Appeal from D. C. S. D. N. Y. [Probable jurisdiction noted, 396 U. S. 999.] Motion of appellants to remove case from summary calendar denied. *Alan H. Levine* and *Leonard B. Boudin* on the motion. *David W. Peck* for appellees in opposition.

No. 829. LEWIS ET AL. *v.* MARTIN, DIRECTOR, CALIFORNIA DEPARTMENT OF SOCIAL WELFARE, ET AL. Appeal from D. C. N. D. Cal. [Probable jurisdiction noted, 396 U. S. 900.] Motion of Center on Social Welfare Policy and Law et al. for leave to file a brief as *amici curiae* granted. *Martin Garbus* and *Carl Rachlin* on the motion.

No. 927. WILLIAMS *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. [Certiorari granted, 396 U. S. 955.] Motion of Virgil Jenkins for leave to participate in oral argument as *amicus curiae* denied. *Jack Greenberg* and *Michael Meltsner* on the motion.

No. 1492, Misc. SCHIPANI *v.* UNITED STATES ET AL. Motion for leave to file petition for writ of mandamus, prohibition, and other relief denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Jacob P. Lefkowitz* and *Abraham Glasser* on the motion. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John P. Burke* for the United States in opposition.